CRAWFORD v. MAIL & EXPRESS CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Theron C. Crawford against the Mail and Express Company. No opinion. Motion denied. See 41 N. Y. Supp. 325.

CRAYNE, Respondent, v. MOODY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Thomas Crayne (or Cryan) against Charles P. Moody, impleaded, etc. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to court of appeals denied. See 44 N. Y. Supp. 1114.

CROUSE, Respondent, v. CROUSE, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Alzira Crouse against Seward Crouse. No opinion. Judgment affirmed, with costs.

CURRAN, Appellant, v. McKELVEY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Mamie Curran, as administratrix of John Curran, deceased, against John McKelvey and another. James J. Thornley, Jr., and William P. Burr, for appellant. Herbert C. Smyth and Edwin A. Jones, for respondents.

BARRETT, J. The facts in this case are the same as in Mayer v. McWalters (decided at this term) 45 N. Y. Supp. 243. For the reasons there stated, the order should be reversed, and the motion granted, without costs.